UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHAIM BIBERFELD, *on behalf of himself and all others similarly situated*, Plaintiff, | : | 26-CV-10068 (JMF) |
| -v- | : | <u>ORDER</u> |
| CHEWY, INC., Defendant. | : | |

JESSE M. FURMAN, United States District Judge:

Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

**Within two business days of the date of this Order**, Defendant is directed to serve on Plaintiff a copy of this Order and of the Court's Individual Rules and Practices in Civil Cases, and to file proof of such service on the docket. **Counsel for Plaintiff is directed to file a notice of appearance on the docket within two business days of such service**. All counsel are required to register promptly as filing users on ECF and to familiarize themselves with the SDNY ECF Rules & Instructions, which are available at https://nysd.uscourts.gov/rules/ecf-related-instructions. All counsel must also familiarize themselves with the Court's Individual Rules, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman.

SO ORDERED.

Dated: November 18, 2026
New York, New York

JESSE M. FURMAN
United States District Judge